■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEN FOWLER, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. (See *People ex rel. Knox v Smith,* 60 AD2d 789). (Appeal from judgment of Wyoming Supreme Court—habeas corpus.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Denman, JJ.